No. 04–6857.  PAGE v. LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–6901.  STONE v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–6983.  SIMBA v. THOMPSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–6986.  BREWER v. HALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–7004.  WILSON v. SNODGRASS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–7026.  COOLEY v. WATKINS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–7028.  DORENBOS v. GORMAN, SUPERINTENDENT, LARCH CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 04–7102.  WILLIAMS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–7107.  MARLOW v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 04–7123.  CARR v. SCHOFIELD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 04–7155.  EVANS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7169.  FRAMPTON v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 04–7170.  HERVEY v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 04–7178.  RAMIREZ-RODRIGUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.